**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The City of Florala
City Clerk
22664 Wall Ave
Florala, AL 36442

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jenell Hill_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
Jenell Hill
C. Date of Delivery 2/14/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:08CV87
Sx C

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 0220 0003 0695 7309

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540