IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIS P. MILLER,

    Plaintiff,

v.    CASE NO. 2:08 cv 87-CSC

THE CITY OF FLORALA; et al,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Willis P. Miller, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/22/2008
Date

(Signature)

L. Cooper Rutland, jr.
(Counsel's Name)

Willis P. Miller
Counsel for (print names of all parties)

Rutland Law, LLC
Post Office Box 551 Union Springs, AL 36089
Address, City, State Zip Code

334-738-4770
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, L. Cooper Rutland, jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _CM/ECF system_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _22nd____ day of _February_____ 20_08_ to:

The City of Florala

City Clerk

22664 Wall Ave.

Florala, AL 36442

2/22/2008
Date

_L Cooper Rtld_
Signature