IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WILLIS P. MILLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:08-CV-000-87-MEF |
| | ) | |
| THE CITY OF FLORALA | ) | |
| PERRY WILLIAMS and | ) | DEMAND FOR JURY TRIAL |
| CHRISTOPHER NEAL | ) | |
| | ) | |
| Defendants. | ) | |

### OPPOSITION TO MOTION TO DISMISS

COMES NOW, the Plaintiff Willis P. Miller by and through his undersigned counsel and makes this his opposition to Defendant City of Florala's 12(b)(6) Motion to Dismiss. Plaintiff states that the Complaint has placed Defendant on notice of valid claims.[1] Plaintiff offers their memorandum in support of their opposition with the Declaration of Plaintiff and supporting evidence.

Plaintiff respectfully request this Honorable Court deny Defendants Motion to Dismiss.

Done this the 20th day of March 2008.

/s/ L. Cooper Rutland, jr.
(RUT010) Attorney for Plaintiff

OF COUNSEL:
Rutland Law, L.L.C.
208 Prairie Street North
Post Office Box 551
Union Springs, Alabama 36089
phone: 334-738-4770
fax    : 334-738-4774
lcrj@ustconline.net

---

[1] Plaintiff did file a 1st Amended Complaint (Doc. 11) adding additional defendants, claims and expanding on existing claims.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I electronically filed the foregoing *Plaintiff 1st Amended Complaint* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James H. Pike
SHEALY, CRUM & PIKE, P.C.
P.O. BOX 6346
DOTHAN, AL 36302-6346
Tel. (334)-677-3000
fax (334-677-0030
E-mail jpike @scplaw.us


Florala Police Department
Christopher Neal
22654 Wall Ave.
Florala, AL 36442

OF COUNSEL:

/s/ L. Cooper Rutland, Jr. (RUT010 )