IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIS P. MILLER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **Case No. 2:08-cv-87** |
| | ) |
| **CITY OF FLORALA, ALABAMA,** | ) |
| et al., | ) |
| | ) |
|     **Defendant.** | ) |

### CONFLICT DISCLOSURE STATEMENT

    COMES NOW Christopher Neal, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    **This party is an individual.**

 

                                                        **s/ James H. Pike**
                                                        Attorney for Defendant
                                                        Christopher Neal

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@scplaw.us

2

**CERTIFICATE OF SERVICE**

    I, James H. Pike, certify that on April 4, 2008, I electronically served this document upon:

L. Cooper Rutland, Jr.
RUTLAND LAW, LLC
P.O. Box 551
Union Springs, Alabama  36089

                                      **s/ James H. Pike**
                                      James H. Pike