IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIS P. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-87-MEF |
| | ) |
| THE CITY OF FLORALA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #20) filed on April 4, 2008, it is hereby ORDERED as follows:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before April 18, 2008.

2. The defendant may file a reply brief on or before April 25, 2008

DONE this the 7th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE