IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIS P. MILLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:08-CV-000–87-MEF |
| | ) | |
| THE CITY OF FLORALA | ) | |
| PERRY WILLIAMS and | ) | DEMAND FOR JURY TRIAL |
| CHRISTOPHER NEAL | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS REPLY TO DEFENDANT CHRISTOPHER NEAL'S MOTION TO DISMISS

COMES NOW, the Plaintiff Willis P. Miller by and through his undersigned counsel and makes this his response to Defendant Christopher Neal's Motion to Dismiss to wit;

Plaintiff does not dispute that service on Defendant Neal's employer was not proper service.

Plaintiff expected Officer Neal to sign for his certified mail at his place of employment not another co-worker.

Pursuant to *Rule 4(m) of the Federal Rules of Civil Procedures* Plaintiff has 120 days from the filing of the complaint to perfect service of a summons and complaint on the Defendant.

Plaintiff is in the process of attempting to serve Defendant Neal at his residence and at the Police Academy.

In light of the fact that Defendant is aware of the complaint Plaintiff request that Defendant Neal waive formal service.

Wherefore Plaintiff respectfully request the court delay granting of any Motion to Dismiss until such time as the defendant either waives service or is properly served within the time allowed under *Federal Rule of Civil Procedure 4(m)*.

Respectfully submitted this the 8th day of April 2008.

/s/ L. Cooper Rutland, jr.
(RUT010) Attorney for Plaintiff

OF COUNSEL:
Rutland Law, L.L.C.
208 Prairie Street North
Post Office Box 551
Union Springs, Alabama 36089
phone: 334-738-4770
fax    : 334-738-4774
lcrj@ustconline.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing *Plaintiff's Reply to Defendant Christopher Neal's Motion to Dismiss* Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James H. Pike
SHEALY, CRUM & PIKE, P.C.
P.O. BOX 6346
DOTHAN, AL 36302-6346
Tel. (334)-677-3000
fax (334-677-0030
E-mail jpike @scplaw.us

Christopher Neal
1575 South Cotton Street
Andalusia, Al 36420

OF COUNSEL:

/s/ L. Cooper Rutland, Jr. (RUT010 )