IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIS P. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-87-MEF |
| | ) |
| THE CITY OF FLORALA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. # 20) filed on April 4, 2008 and plaintiff's response thereto, it is hereby ORDERED as follows:

1. To the extent that the motion seeks dismissal of all claims in this action against defendant Christopher Neal, it is DENIED.

2. To the extent that the motion seeks to quash service as to Christopher Neal pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5), it is GRANTED.

3. Plaintiff has failed to properly service Christopher Neal and must do so properly within the time allowed in the Federal Rules of Civil Procedure.

DONE this 10th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE