| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Anette Williams_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Lanette Williams_  4-9-08 |

1. Article Addressed to:

Christopher Neal
c/o Alabama Criminal Justice Training Center
349 Avenue C, Craig Field
Selma, AL 36701

08cv87 Alias Sum + Amd Cmp

| Service Type |
|---|
| ☑ Certified Mail   ☐ Express Mail |
| ☐ Registered      ☐ Return Receipt for Merchandise |
| ☐ Insured Mail    ☐ C.O.D. |
| 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

2. Article Number (Transfer from service label)
7007 0220 0003 0695 6975

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540