IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIS P. MILLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:08-CV-000-87-MEF |
| | ) | |
| THE CITY OF FLORALA | ) | |
| PERRY WILLIAMS and | ) | DEMAND FOR JURY TRIAL |
| CHRISTOPHER NEAL | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS OPPOSITION TO DEFENDANT
### CITY OF FLORALA'S MOTION
### TO DISMISS AMENDED COMPLAINT

COMES NOW, the Plaintiff Willis P. Miller by and through his undersigned counsel and opposes granting Defendant City of Florala's Motion to Dismiss the Amended Complaint. Plaintiff offers their memorandum of law in support of their opposition with supporting declarations and exhibits previously filed with the court.

Done this the 15th day of April 2008.

/s/ L. Cooper Rutland, jr.
(RUT010) Attorney for Plaintiff

OF COUNSEL:
Rutland Law, L.L.C.
208 Prairie Street North
Post Office Box 551
Union Springs, Alabama 36089
phone: 334-738-4770
fax    : 334-738-4774
lcrj@ustconline.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing *Plaintiffs Opposition to Defendant City of Florala's Motion to Dismiss Amended Complaint* Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James H. Pike
SHEALY, CRUM & PIKE, P.C.
P.O. BOX 6346
DOTHAN, AL 36302-6346
Tel. (334)-677-3000
fax (334-677-0030
E-mail jpike @scplaw.us

Christopher Neal
1575 South Cotton Street
Andalusia, Al 36420

OF COUNSEL:

/s/ L. Cooper Rutland, Jr. (RUT010 )