**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 17, 2008

# NOTICE OF ERROR

To:   All Counsel of Record

Case Style:   Miller v. The City of Florala et al

Case Number:   2:08-cv-00087-MEF

Referenced Pleading:   Notice of Assignment to Magistrate Judge

**The referenced entry was filed on \*\*\*April 16, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry. This case has already been reassigned to Hon. Chief Judge Mark E. Fuller.**

**Parties are instructed to disregard the 4/16/2008 docketing entry, which has been stricken from the record as a docketing error.**