IN THE UNITED STATES DISTRICT COURTG FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIS P. MILLER | ) | |
| Plaintiff, | ) | |
| vs | ) | CASE NO. 2:08-cv-87-MEF |
| THE CITY OF FLORALA, *et al.*, | ) | |
| Defendants. | ) | |

<u>PLAINTIFF'S RESPONSE TO DEFENDANT CHRISTOPHER NEAL'S
SECOND MOTION TO DISMISS AND QUASH SERVICE
OF SUMMONS AND COMPLAINT</u>

Comes now the Plaintiff pursuant to this Court's order of April 17, 2008, and makes this his response to Defendant Christopher Neal's Second Motion to Dismiss and Quash Service, to wit:

1. Plaintiff does not object to the Motion to Dismiss and Quash Service.

2. Plaintiff has effected service on Defendant Christopher Neal pursuant to Rule 4(E)(2) of the *Federal Rules of Civil Procedure* by delivering by certified mail the summons and complaint to the individual's dwelling house or usual place of abode and leaving it with someone of suitable age and discretion (see Document 30, return receipt, certified mail).

3. Defendant's wife signed for the summons and complaint at Defendant Neal's dwelling house and as such Defendant Neal has been properly served..

Respectfully submitted this the 18th day of April 2008.

/s/ L. Cooper Rutland, Jr. (RUT010)

OF COUNSEL:
Rutland Law, LLC
Post Office Box 551
Union Springs, Alabama 36089
334-738-4770   -   FAX 334-738-4774

## CERTIFICATE OF SERVICE

I hereby certify that on the ___18th___ day of April 2008, I electronically filed the foregoing Plaintiff's Response to Defendant Christopher Neal's Second Motion to Dismiss and Quash Service of Summons and Complaint with the Court using the CM/ECF system which will send notification of such filing to the following:

Honorable James H. Pike
SHEALY, CRUM & PIKE, P.C.
Post Office Box 6346
Dothan, AL 36302-6346
E-mail jpike @scplaw.us

Mr. Christopher Neal
1575 South Cotton Street
Andalusia, Al 36420

                                   /s/ L. Cooper Rutland, Jr. (RUT010 )
                                           Of Counsel

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Carolyn Neal  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>   1-10-08 |
| 1. Article Addressed to:<br>Christopher Neal<br>1575 South Cotton St.<br>Andalusia, AL 36420<br><br>08cv87 Alias Sum & Amd Cmp | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0220 0003 0695 6999 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540