IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIS P. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-87-MEF |
| | ) |
| THE CITY OF FLORALA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Second Motion to Dismiss (Doc. #29) filed on April 14, 2008 and plaintiff's response thereto, it is hereby ORDERED as follows:

1. To the extent that the motion seeks dismissal of all claims in this action against defendants Christopher Neal, it is DENIED.

2. To the extent that the motion seeks to quash service as to Christopher Neal pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(4), and 12(b)(5), it is GRANTED.

DONE this the 23rd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE