**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. Perry Williams
    21220 Rappanhanock Ave.
    Lockhart, AL 36455

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by *( Printed Name)*    C. Date of Delivery
  Brenda Harper    4·28·08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

    28c Setters Ridge
    wewahitchka Fl 32465
    08cv87 S●C. + Amd Cmp

3. Service Type
  ☑ Certified Mail    ☐ Express Mail
  ☐ Registered    ☑ Return Receipt for Merchandise
  ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
*(Transfer from service label)*    7007 0220 0003 0695 7026

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540