IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WILLIS P. MILLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:08-CV-000-87-MEF |
| | ) | |
| THE CITY OF FLORALA | ) | |
| PERRY WILLIAMS and | ) | DEMAND FOR JURY TRIAL |
| CHRISTOPHER NEAL | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS OPPOSITION TO DEFENDANT
### CHRISTOPHER NEAL'S MOTION TO DISMISS

COMES NOW, the Plaintiff Willis P. Miller by and through his undersigned counsel and opposes granting Defendant Christopher Neal's Motion to Dismiss all claims against him based on qualified and state agent immunity. Defendant Neals 12(b)(6) motion for failure to state a claim should also be denied. Plaintiff offers his previous memorandums of law and additional briefs in support of his opposition along with supporting declarations and exhibits previously filed with the court.

Done this the __9th__ day of __May__ 2008.

　　　　　　　　　　　　　　　　　　　　　　__/s/ L. Cooper Rutland, jr.__
　　　　　　　　　　　　　　　　　　　　　　(RUT010) Attorney for Plaintiff

OF COUNSEL:
Rutland Law, L.L.C.
208 Prairie Street North
Post Office Box 551
Union Springs, Alabama 36089
phone: 334-738-4770
fax    : 334-738-4774
lcrj@ustconline.net

## CERTIFICATE OF SERVICE

I hereby certify that on May _9th___, 2008, I electronically filed the foregoing *Plaintiff Opposition to Defendant Christopher Neal's Motion to Dismiss* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James H. Pike
SHEALY, CRUM & PIKE, P.C.
P.O. BOX 6346
DOTHAN, AL 36302-6346
Tel. (334)-677-3000
fax (334-677-0030
E-mail jpike @scplaw.us

I hereby certify that I have served a copy of the foregoing instrument by placing a copy of the same in the United States mail, postage prepaid and properly addressed to:

Perry Williams
21220 Rappanhanock Ave.
Lockhart, AL 36455


OF COUNSEL:

/s/ L. Cooper Rutland, Jr. (RUT010 )