IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIS P. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:08-cv-87 |
| | ) |
| CITY OF FLORALA, ALABAMA, et al., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS BASED UPON IMMUNITY

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Perry Williams moves to dismiss all claims against him in the amended complaint (Doc. 11) for failure to state a claim upon which relief can be granted and on the basis of qualified and State-agent immunity. Officer Williams expressly invokes the defense of qualified immunity in response to the plaintiff's federal claims and the defense of State-agent immunity in response to the plaintiff's state law claims.

s/ James H. Pike
Attorney for Defendant
Perry Williams

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@scplaw.us

2

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on May 19, 2008, I electronically served this document upon:

L. Cooper Rutland, Jr.
RUTLAND LAW, LLC
P.O. Box 551
Union Springs, Alabama  36089

                                **s/ James H. Pike**
                                James H. Pike