IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIS P. MILLER, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-87-MEF |
| | ) |
| THE CITY OF FLORALA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #46) filed on May 19, 2008, it is hereby ORDERED that

1.  The plaintiff file a response which shall include a brief and any evidentiary materials on or before June 3, 2008.

2.  The defendant may file a reply brief on or before June 10, 2008.

DONE this the 20th day of May, 2008.

                                                  /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE