IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WILLIS P. MILLER | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:08-CV-000–87-MEF |
| | ) | |
| THE CITY OF FLORALA | ) | |
| PERRY WILLIAMS and | ) | DEMAND FOR JURY TRIAL |
| CHRISTOPHER NEAL | ) | |
| | ) | |
|     Defendants. | ) | |

**PLAINTIFFS OPPOSITION TO DEFENDANT
PERRY WILLIAM'S MOTION TO DISMISS**

COMES NOW, the Plaintiff Willis P. Miller by and through his undersigned counsel and opposes granting Defendant Perry Williams Motion to Dismiss all claims against him based on qualified and state agent immunity. Defendant Williams 12(b)(6) motion for failure to state a claim should also be denied. Plaintiff offers his previous memorandums of law and additional briefs in support of his opposition along with supporting declarations and exhibits previously filed with the court.

Done this the 23rd day of May 2008.

                                                        /s/ L. Cooper Rutland, jr.
                                                       (RUT010) Attorney for Plaintiff

OF COUNSEL:
Rutland Law, L.L.C.
208 Prairie Street North
Post Office Box 551
Union Springs, Alabama 36089
phone: 334-738-4770
fax   : 334-738-4774
lcrj@ustconline.net

## CERTIFICATE OF SERVICE

I hereby certify that on May 23rd, 2008, I electronically filed the foregoing *Plaintiff Opposition to Defendant Perry Williams Motion to Dismiss* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James H. Pike
SHEALY, CRUM & PIKE, P.C.
P.O. BOX 6346
DOTHAN, AL 36302-6346
Tel. (334)-677-3000
fax (334-677-0030
E-mail jpike @scplaw.us


OF COUNSEL:

/s/ L. Cooper Rutland, Jr. (RUT010 )